**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>DARNELL PIXLEY,<br><br>PLAINTIFF,<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD<br><br>Civil Action No.: 7:20-cv-25409-MCR-HTC |

## **MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 11.1(H)(1)(a), Bryan F. Aylstock of Aylstock, Witkin, Kreis & Overholtz, PLLC, counsel of record for Plaintiff, DARNELL PIXLEY, moves this Court for an Order allowing them to withdraw as counsel of record for Plaintiff, DARNELL PIXLEY, in the above-captioned multidistrict litigation.

Counsel has recommended to the Plaintiff, DARNELL PIXLEY, to participate in the Master Settlement Agreement. Plaintiff, DARNELL PIXLEY, has elected in the Registration Form to NOT participate in the Combat Arms Settlement

Program and instead chooses to continue as a Litigating Plaintiff. Counsel spoke with DARNELL PIXLEY to verify his choice to not participate and warn him of the consequences of non-participation. Plaintiff advised that he wanted to change his election and participate in the settlement, but has refused to execute the required settlement documents despite the settlement documents being provided to Plaintiff in both electronic and hard copy. Plaintiff has refused to execute the required settlement documents despite counsel's repeated efforts to have him do so. As a result, Plaintiff's counsel has a fundamental disagreement with Plaintiff. Plaintiff's Counsel has advised Plaintiff in writing of their intent to withdraw from this matter with a minimum of a fourteen-day notice. Plaintiff has not provided a position on Plaintiff's counsel's intention to withdraw.

WHEREFORE, the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, and all attorneys of record for Plaintiff request that they be allowed to withdraw as counsel of record for Plaintiff DARNELL PIXLEY. A copy of this motion will be served upon Plaintiff, DARNELL PIXLEY, at his last known address of 307 Brady Street, Johnston, SC 29832.

Respectfully submitted,

Dated: February 27, 2024    *s/ Bryan F. Aylstock*
Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502

Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this  27th   day of February 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. A copy was also served upon Plaintiff at his last known address, 307 Brady Street, Johnston, SC 29832, by depositing the same in the U.S. Mail, postage prepaid.

*s/ Bryan F. Aylstock*
Bryan F. Aylstock